UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BIGCOMMERCE, INC., <br> *Plaintiff* <br><br> v. <br><br> S&O INC., S&O LLC, SALES AND ORDERS, LLC AND OMNI ONE AI LLC, <br> *Defendants* | § § § § § § § § § § § Case No. 1:24-CV-00121-RP |

## ORDER

Plaintiff BigCommerce, Inc. filed this action against S&O Inc., S&O LLC, Sales and Orders, LLC, and Omni One AI LLC, (collectively, "Defendants") on February 1, 2024. (Dkt. 1). Service was executed on Defendants on February 5, 2024. Dkt. 5. Accordingly, Defendants' answers were due by February 26, 2024. Defendants did not file timely Answers or otherwise respond.

When a party fails to timely plead or defend, it may be held in default. FED. R. CIV. P. 55(a). If a defendant is in default, the Court may require the plaintiff to move for entry of default and default judgment. W.D. Tex. Loc. R. CV-55. Accordingly, **IT IS ORDERED** that Plaintiff either (a) move for entry of default against Defendants or (b) file a status report on or before **April 15, 2024**.

**SIGNED** on April 1, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE